| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 2 |    Including Professional Corporations |
| | GREGORY F. HURLEY, Cal. Bar No. 126791 |
| 3 | ghurley@sheppardmullin.com |
| | BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024 |
| 4 | bleimkuhler@sheppardmullin.com |
| | 650 Town Center Drive, 10th Floor |
| 5 | Costa Mesa, California 92626-1993 |
| | Telephone:  714.513.5100 |
| 6 | Facsimile:   714.513.5130 |
| 7 | Attorneys for Defendants, |
| | ONE WESTSIDE, LLC and |
| 8 | WESTSIDE TAVERN PARTNERS, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Shonna Counter, | Case No. 2:19-cv-00817-RGK |
|     Plaintiff, | Honorable R. Gary Klausner |
| v. | **NOTICE OF ERRATA RE MOTION FOR SUMMARY JUDGMENT [DKT 28]** |
| One Westside, LLC, a Delaware Limited Liability Company; Westside Tavern Partners, LLC, a Delaware Limited Liability Company; and Does 1-10, | Hearing Date:  May 4, 2020<br>Hearing Time:  9:00 a.m.<br>Courtroom:  850 |
|     Defendants. | Action Filed:  February 4, 2019<br>Trial Date:  June 16, 2020 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 1, 2020 Defendants One Westside, LLC and Westside Tavern Partners, LLC ("Defendants") filed a Motion for Summary Judgment [Dkt 28] inadvertently omitting the Notice of Motion in this case. Defendants respectfully request the Court accept the filing of their concurrently re-filed motion for summary judgment that was not altered in any manner from what was submitted yesterday, other than including the Notice of Motion.

Dated: April 2, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Gregory F. Hurley*
          GREGORY F. HURLEY

Attorneys for Defendants,
ONE WESTSIDE, LLC and
WESTSIDE TAVERN PARTNERS, LLC