SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
bleimkuhler@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendants,
ONE WESTSIDE, LLC and
WESTSIDE TAVERN PARTNERS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Shonna Counter,<br><br>    Plaintiff,<br><br>    v.<br><br>One Westside, LLC, a Delaware Limited Liability Company; Westside Tavern Partners, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case No. 2:19-cv-00817-RGK<br>Honorable R. Gary Klausner<br><br>**REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [DKT 28]**<br><br>Hearing Date:   May 4, 2020<br>Hearing Time:  9:00 a.m.<br>Courtroom:      850<br><br>Action Filed:    February 4, 2019<br>Trial Date:       June 16. 2020 |

On April 2, 2020 Defendants One Westside, LLC and Westside Tavern Partners, LLC ("Defendants") filed a Motion for Summary Judgment [Dkt. 31] that was set regularly for hearing on May 4, 2020 at 9:00 a.m. in the above-entitled court.[1] Under the local rules of this Court, Plaintiff Shonna Counter ("Plaintiff") was required to file an opposition to Defendants' motion on or before April 13, 2020. *See* L.R. 7-9. Plaintiff did not do so. In addition, Plaintiff has neither sought nor obtained an extension to file her opposition.

Therefore, Defendants' respectfully request that the Court grant their motion for summary judgment for the reasons stated in their moving papers. *See, e.g., Garrett v. City of Los Angeles*, No. CV 12-1670 FMO (SSx), 2014 WL 11397949, at *11 (C.D. Cal. Mar. 3, 2014) (granting summary judgment in favor of defendant where plaintiff failed to address defendant's arguments regarding this claim); *see also* L.R. 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.").

Dated:  April 20, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ Gregory F. Hurley*
     GREGORY F. HURLEY

Attorneys for Defendants,
ONE WESTSIDE, LLC and
WESTSIDE TAVERN PARTNERS, LLC

---

[1] Defendants originally filed their motion on April 1, 2020, but inadvertently did not include the notice of motion in their filing. After this motion was stricken by the Court, Defendants immediately corrected the error and refiled their motion. *See* Dkts. 28, 29, 30, and 31.