1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12
13
14
15
16
17
18
19

| Shonna Counter,<br><br>    Plaintiff,<br><br>  v.<br><br>One Westside, LLC, a Delaware Limited Liability Company; Westside Tavern Partners, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case No. 2:19-cv-00817-RGK<br>Honorable R. Gary Klausner<br><br>**[~~PROPOSED~~] JUDGMENT**<br><br><br>Action Filed:  February 4, 2019<br>Trial Date:     [Vacated] |
|---|---|

20
21
22
23
24
25
26
27
28

1     Judgment is hereby entered in favor of Defendants One Westside, LLC and
2 Westside Tavern Partners, LLC's ("Defendants") and against Plaintiff Shonna
3 Counter ("Plaintiff"), pursuant to the Court's order dated May 6, 2020, granting
4 Defendants' Motion for Summary Judgment.  All of Plaintiff's claims are hereby
5 dismissed with prejudice.
6     Defendants are the prevailing parties in this action and may file a motion for
7 attorneys' fees and/or submit a memorandum for costs incurred in accordance with
8 the Local Rules of this Court after the entry of judgment.

10     **IT IS SO ORDERED.**
11 DATED: __May 18____, 20_20_

                                    _R. GARY KLAUSNER_
                                    UNITED STATES DISTRICT JUDGE

SMRH:4850-0609-3500.1

Case No. 2:19-cv-00817-RGK
[PROPOSED] JUDGMENT